## YOUNG v. DISTRICT OF COLUMBIA et al.

(Court of Appeals of District of Columbia. Submitted March 5, 1920. Decided May 3, 1920.)

No. 3335.

Appeal from the Supreme Court of the District of Columbia.

Replevin by George J. Young against the District of Columbia and Edwin B. Hesse. From a judgment restoring property to defendants, plaintiff appeals. Reversed and remanded.

T. M. Wampler, of Washington, D. C. (Foster Wood, of Washington, D. C., on the brief), for appellant.

C. H. Syme, Corp. Counsel, and F. H. Stephens, Asst. Corp. Counsel, both of Washington, D. C., for appellees.

PER CURIAM. The judgment is reversed, with costs, and the cause remanded for further proceedings, upon the authority of Dorsey v. District of Columbia et al., 49 App. D. C. ——, 265 Fed. 1005, this day decided.

Reversed and remanded.

## BELL v. UNITED STATES.

(Court of Appeals of District of Columbia. Submitted April 5, 1920. Decided May 3, 1920.)

No. 3336.

Weapons ⬤⇒7—Carrying concealed weapon from place of purchase to home constitutes no offense.

Under Code of Law D. C. 1901, § 855, providing that the prohibition against carrying concealed weapons shall not prevent carrying the same from place of purchase to dwelling house, it was manifest error for the court, in a prosecution for carrying a concealed weapon, where accused testified that he had just purchased the weapon and was taking it home, to instruct the jury to convict, notwithstanding they might find that fact from the evidence.

In Error to Police Court of District of Columbia.

George Bell was convicted of carrying concealed a weapon, and he brings error. Judgment reversed, with instructions to grant a new trial.

A. R. Mullowny, of Washington, D. C., for plaintiff in error.

J. E. Laskey, U. S. Atty., of Washington, D. C.

SMYTH, Chief Justice. This is a writ of error to the police court. Bell was convicted of the crime of carrying deadly weapons. The information upon which he was tried is in two counts. The first charged him with having unlawfully concealed about his person a deadly weapon, and the second with carrying openly a deadly weapon with the intent of unlawfully using the same. On behalf of the government the testimony showed that when the police officer arrested the defendant he found concealed in his coat pocket a loaded revolver, and that the defendant explained that he had just bought the pistol and was carrying it home. The defendant testified that he had pur-

⬤⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes